BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tel: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorney for PHH Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADRIENNE JONES,<br><br>      Plaintiff,<br><br>    v.<br><br>PHH MORTGAGE CORPORATION d/b/a PHH MORTGAGE SERVICES,<br><br>      Defendants. | Case No.  2:24-cv-01469-JCM-BNW<br><br>**DEFENDANT PHH MORTGAGE CORPORATION'S FIRST STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

This matter is before the Court on Defendant PHH Mortgage Corporation's ("PHH") and Plaintiff Adrienne Jones' (collectively the "Parties") First Stipulation for Extension of Time for Defendant to answer, plead, or otherwise respond to Plaintiff's Complaint (ECF 1).

PHH recently retained counsel in this matter.  In order to allow PHH's counsel adequate time to investigate Plaintiff's claims, formulate the appropriate response to the Complaint, and to discuss potential resolution with Plaintiff's counsel, PHH's counsel sought consent from Plaintiff to seek an extension of time to file its response to the Complaint.  Plaintiff, through counsel, consented to the request sought by PHH's counsel and agreed to join in this Stipulation.  There is good cause to grant this Stipulation because the additional time will either allow the Parties to

resolve the matter without further litigation, or allow for sufficient time for PHH's counsel to fully

investigate and respond to the Complaint.  Accordingly, the Parties have hereby stipulated to allow

PHH an additional thirty (30) days, up to and including October 18, 2024, to respond to Plaintiff's

Complaint. PHH has not received any prior extensions to its time to respond to the Complaint.

Having considered the Stipulation, for good cause shown and being otherwise sufficiently

advised, it is hereby **ORDERED** that Defendant PHH Mortgage Corporation shall file its answer

or otherwise respond to Plaintiff's Complaint on or before October 18, 2024, which shall be deemed

timely filed.

Dated this 13th day of September 2024.

By:*/s/ Mitchell D. Gliner w/permission*
Mitchell D. Gliner (NV Bar No. 3419)
GLINER LAW
3017 W. Charleston Blvd., Ste. 95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 (fax)
Email: mgliner@glinerlaw.com
*Counsel for Plaintiff Adrienne Jones*

By:*/s/ Brody R. Wight*
Brody R. Wight (NV Bar No. 13615)
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*
(470) 832-5586
(404) 962-6800
Email: brody.wight@troutman.com
*Counsel for Defendant PHH Mortgage*
*Corporation*

## ORDER

**IT IS SO ORDERED.**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:**  9/16/2024

- 2 -