BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tel: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorney for PHH Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADRIENNE JONES,<br><br>                    Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION d/b/a PHH MORTGAGE SERVICES,<br><br>                    Defendants. | Case No.  2:24-cv-01469-JCM-BNW<br><br>**DEFENDANT PHH MORTGAGE CORPORATION'S SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

This matter is before the Court on Defendant PHH Mortgage Corporation's ("PHH") and Plaintiff Adrienne Jones' (collectively the "Parties") Second Stipulation for Extension of Time for Defendant to answer, plead, or otherwise respond to Plaintiff's Complaint (ECF 1).

PHH is seeking additional time to respond to Plaintiff's Complaint to allow sufficient time for PHH's counsel to fully investigate and respond to the Complaint, and to give the Parties an opportunity to continue meaningful discussions toward a potential resolution. Plaintiff, through counsel, consented to the request sought by PHH's counsel and agreed to join in this Second Stipulation.  There is good cause to grant this Stipulation because the additional time will allow the Parties to resolve the matter without further litigation and will allow for sufficient time for PHH's

counsel to fully investigate and respond to the Complaint. Accordingly, the Parties have hereby stipulated to allow PHH an additional thirty (30) days, up to and including November 18, 2024, to respond to Plaintiff's Complaint.

Having considered the Stipulation, for good cause shown and being otherwise sufficiently advised, it is hereby **ORDERED** that Defendant PHH Mortgage Corporation shall file its answer or otherwise respond to Plaintiff's Complaint on or before November 18, 2024, which shall be deemed timely filed.

Dated this 16th day of October 2024.

By:*/s/ Mitchell D. Gliner  w/permission*
Mitchell D. Gliner (NV Bar No. 3419)
GLINER LAW
3017 W. Charleston Blvd., Ste. 95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 (fax)
Email: mgliner@glinerlaw.com
*Counsel for Plaintiff Adrienne Jones*

By:*/s/ Brody R. Wight*
Brody R. Wight (NV Bar No. 13615)
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*
(470) 832-5586
(404) 962-6800
Email: brody.wight@troutman.com
*Counsel for Defendant PHH Mortgage Corporation*

**ORDER**

**IT IS SO ORDERED.**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** __10/17/2024_____