1    SEAN B. KIRBY, ESQ.
Nevada Bar No. 14224
2    TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
3    Las Vegas, NV  89123 *(Nevada Office)*
4    Tele: (470) 832-6017
Fax:  (404) 885-3900
5    sean.kirby@troutman.com

6    Troutman, Pepper, Hamilton, Sanders, LLP
7    600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*

8

*Attorney for PHH Mortgage Corporation*

9

10               **UNITED STATES DISTRICT COURT**

11                   **DISTRICT OF NEVADA**

12

13    ADRIENNE JONES,               Case No.  2:24-cv-01469-JCM-BNW

14            Plaintiff,           **DEFENDANT PHH MORTGAGE**
**CORPORATION'S FOURTH**
15       v.                    **STIPULATION FOR EXTENSION OF**
**TIME TO RESPOND TO PLAINTIFF'S**
16    PHH MORTGAGE CORPORATION d/b/a   **COMPLAINT**
PHH MORTGAGE SERVICES,
17           Defendants.      **(Fourth Request)**

18

19         This matter is before the Court on Defendant PHH Mortgage Corporation's ("PHH") and

20   Plaintiff Adrienne Jones' (collectively the "Parties") Fourth Stipulation for Extension of Time for

21   Defendant to answer, plead, or otherwise respond to Plaintiff's Complaint (ECF 1).

22         PHH is seeking additional time to respond to Plaintiff's Complaint to give the Parties an

23   opportunity to continue meaningful discussions toward a potential resolution, which have been

24   fruitful, and for PHH to investigate additional information requested by Plaintiff during those

25   discussions. Plaintiff, through counsel, consented to the request sought by PHH's counsel and

26   agreed to join in this Fourth Stipulation.  There is good cause to grant this Stipulation because the

27   additional time will allow the Parties to resolve the matter without further litigation and will allow

28   for sufficient time for PHH's counsel to fully investigate and respond to the Complaint, including

investigating additional information requested by Plaintiff's counsel. Accordingly, the Parties have hereby stipulated to allow PHH an additional thirty (30) days, up to and including January 17, 2024, to respond to Plaintiff's Complaint.

Having considered the Stipulation, for good cause shown and being otherwise sufficiently advised, it is hereby **ORDERED** that Defendant PHH Mortgage Corporation shall file its answer or otherwise respond to Plaintiff's Complaint on or before January 17, 2024, which shall be deemed timely filed.

Dated this 17th day of December 2024.

By: */s/ Mitchell D. Gliner w/permission*
Mitchell D. Gliner (NV Bar No. 3419)
GLINER LAW
3017 W. Charleston Blvd., Ste. 95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 (fax)
Email: mgliner@glinerlaw.com
*Counsel for Plaintiff Adrienne Jones*

By: */s/ Sean B. Kirby*
Sean B. Kirby (NV Bar No. 14224)
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*
(470) 832-6017
(404) 885-3900 (fax)
Email: sean.kirby@troutman.com
*Counsel for Defendant PHH Mortgage Corporation*

## ORDER

**IT IS SO ORDERED.**

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 12/18/2024

- 2 -