SEAN B. KIRBY, ESQ.
Nevada Bar No. 14224
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
Tel: (470) 832-6017
Fax: (757) 687-7510
sean.kirby@troutman.com

TROUTMAN PEPPER LOCKE LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorney for PHH Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADRIENNE JONES,<br><br>            Plaintiff,<br><br>    v.<br><br>PHH MORTGAGE CORPORATION d/b/a PHH MORTGAGE SERVICES,<br><br>            Defendants. | Case No. 2:24-cv-01469-JCM-BNW<br><br>**DEFENDANT PHH MORTGAGE CORPORATION'S FIFTH STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Fifth <u>and Final</u> Request)** |

   This matter is before the Court on Defendant PHH Mortgage Corporation's ("PHH") and Plaintiff Adrienne Jones' (collectively the "Parties") Fifth <u>and Final</u> Stipulation for Extension of Time for Defendant to answer, plead, or otherwise respond to Plaintiff's Complaint (ECF 1).

   PHH is seeking additional time to respond to Plaintiff's Complaint to give the Parties an opportunity to continue meaningful discussions toward a potential resolution, which have been fruitful, and for PHH to investigate additional information requested by Plaintiff during those discussions. Plaintiff, through counsel, consented to the request sought by PHH's counsel and agreed to join in this Fifth Stipulation. There is good cause to grant this Stipulation because the additional time will allow the Parties to resolve the matter without further litigation and will allow

FIFTH STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

306672393v1

for sufficient time for PHH's counsel to fully investigate and respond to the Complaint, including investigating additional information requested by Plaintiff's counsel. Accordingly, the Parties have hereby stipulated to allow PHH an additional twenty (20) days, up to and including February 6, 2025, to respond to Plaintiff's Complaint.

Having considered the Stipulation, for good cause shown and being otherwise sufficiently advised, it is hereby **ORDERED** that Defendant PHH Mortgage Corporation shall file its answer or otherwise respond to Plaintiff's Complaint on or before February 6, 2025, which shall be deemed timely filed.

Dated this 17th day of January, 2025.

By:*/s/ Mitchell D. Gliner   w/permission*
Mitchell D. Gliner (NV Bar No. 3419)
GLINER LAW
3017 W. Charleston Blvd., Ste. 95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 (fax)
Email: mgliner@glinerlaw.com
*Counsel for Plaintiff Adrienne Jones*

By:*/s/ Sean B. Kirby*
Sean B. Kirby (NV Bar No. 14224)
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*
(470) 832-6017
(757) 687-7510 (fax)
Email: sean.kirby @troutman.com
*Counsel for Defendant PHH Mortgage Corporation*

**ORDER**

**IT IS SO ORDERED.**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 1/22/2025

**IT IS FURTHER ORDERED** that absent extenuating circumstances, the Court is not inclined to grant further extensions.

- 2 -

FIFTH STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

306672393v1