Holly E. Cheong, Esq.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 (*Nevada Office*)

Two California Plaza, 350 South Grand Avenue
Suite 3400, Los Angeles, CA 90071
Tele: (213) 928-9850
Fax: (213) 928-9850
holly.cheong@troutman.com

*Attorney for PHH Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRIENNE JONES, <br><br> Plaintiff, <br><br> v. <br><br> PHH MORTGAGE CORPORATION d/b/a PHH MORTGAGE SERVICES, <br><br> Defendants. | Case No. 2:24-cv-01469-JCM-BNW <br><br> **MOTION TO REMOVE COUNSEL FROM ELECTRONIC SERVICE LIST** |

NOTICE IS HEREBY GIVEN to the Court and parties that Brody R. Wight and Sean B. Kirby are no longer employed by Troutman Pepper Locke LLP, formerly Troutman Pepper Hamilton Sanders LLP.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

310546927v1

1  As they are no longer associated with this matter, they should be removed from the list of
2  counsel of record in this case.
3  DATED this 26th day of March, 2025.

TROUTMAN PEPPER LOCKE LLP

*/s/ Holly E. Cheong*
Holly E. Cheong,
Nevada Bar No. 11936
Two California Plaza
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tele: (213) 928-9850
Fax: (213) 928-9850
holly.cheong@troutman.com

*Attorney for Defendant PHH Mortgage Corporation*

**IT IS SO ORDERED.**

DATED: 3/28/2025

_____
UNITED STATES MAGISTRATE JUDGE

310546927v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **MOTION TO REMOVE COUNSEL FROM ELECTRONIC SERVICE LIST** with the Clerk of the Court for the U. S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED:  March 26, 2025.

*/s/ Holly E. Cheong*
Holly E. Cheong

310546927v1