MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
Ofc: (702) 870-8700
Fax: (702) 870-0034
Attorney for Plaintiff
mgliner@glinerlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ADRIENNE JONES )
 )
    Plaintiff, )
 )  Case No. 2:24-cv-01469-JCM-BNW
vs. )
 )
PHH Mortgage Corporation d/b/a PHH )
Mortgage Services )  STIPULATION AND ORDER FOR
 )  DISMISSAL WITH PREJUDICE
 )
    Defendant )
 )

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.       Troutman Pepper Locke LLP

_____       _____
MITCHELL D. GLINER, ESQ.       Holly E. Cheong
Nevada Bar No. 003419       Nevada Bar No. 11936
3017 W. Charleston Blvd. # 95       Two California Plaza
Las Vegas, Nevada 89102       350 S. Grand Ave., Ste. 3400
Attorney for Plaintiff       Los Angeles, CA 90071
     Attorneys for Defendant

IT IS SO ORDERED May 21, 2025.

_____
UNITED STATES DISTRICT JUDGE